EXHIBIT 1

MV NORSE MOBILE / MARINTER - CLEAN FIXTURE RECAP - CP DATED 07TH DECEMBER 2023 - with BC full style and commission

From   soro@bancosta.com   on Dec 7 2023 15:34   Invite to be Verified ⓘ

To   CHARTERING



ref no : 349670243

mika/silvia

MV NORSE MOBILE / MARINTER -  CLEAN FIXTURE RECAP - CP DATED 07TH DECEMBER 2023

- NEGOTIATION AND FIXTURE TO BE KEPT TOP PRIVATE & CONFIDENTIAL

- VESSELS DESCRIPTION AS FOLLOWS:

NORSE MOBILE - SDBC - SINGAPORE FLAG, 2022 BLT / LOGGER / SCRUBBER
40,020.3 DWT ON 10.82M SSW
LOA/BEAM 183/30.4M - 4 X 31.2 MT CRANES
GRAIN/BALE 48908.5 / 47218.97 CBM

FOR FURTHER DETAILS ON DESCRIPTION PLS SEE BALTIC QUESTIONNAIRE ATTACHED

Please find Ownrs fixing company and bank details below:

Clipper Bulk Shipping Ltd.
CVR/REG: 34003246
Harbor House II
Sundkrogsgade 19
DK-2100 Copenhagen
Denmark

Bank Details:
Jyske Bank A/S
Vesterbrogade 9
1780 Copenhagen V

Denmark
Swift: JYBADKKK
Account Number: ███████
Iban No.: ███████
Beneficiary: Clipper Bulk Shipping Ltd
Reference: xxx


- OWNERS TO PLS ADVISE/PROVIDE:

* STOWPLAN FOR 18.835 MTS, ATTACHED
* VESSEL'S STANDARD CERTIFICATES USUALLY REQUESTED FOR NOMINATION SUCH AS CLASS/REGISTRY/DOC/P&I/H&M/ISSC/SMC
* BALTIC QUESTIONNAIRE, ATTACHED
* CREW LIST, SENT
* VESSEL'S GA PLAN, SENT
* VESSEL'S LAST FIVE CARGOES : Steels, Rapseeds, Corn, wheat, Phosphates
* VESSEL'S LAST 5 PORTS OF CALL: Mobile (last), Veracruz, Antwerp, Rotterdam, GDANSK
* VESSEL'S DETAILED ITINERARY AT THE TIME OF FIXTURE ALONGWITH RELEVANT ETA HOUSTON LOADREADY:
  Vsl Prospects at 2nd discharging port, Mobile:
  ETA - December 05th at 0200 hours LT (as per advice from Master).
  ETB - On arrival.
  ETC/D - December 07th PM/08th AM.
  Eta Houston December 9th


OWNERS FURTHERLY WARRANT/CONFIRM VESSEL:
- IS SINGLE DECKER, BULK CARRIER, MAX 20 YEARS, SELFTRIMMING, GRAIN FITTED, MAX 200M LOA.
- IS ISM/ISPS CODE FITTED AND CLASSED FOR ALL DURATION OFTHE VOYAGE.
- IS CLASSED HIGHEST LLOYDS OR EQUIVALENT AND CLASS WILL MANTAINED DURING THE ENTIRE CURRENCY OF THE C/P
- IS FULLY COVERED WITH A P&I CLUB WHICH IS A MEMBER OFTHE INTERNATIONAL GROUP OF P&I CLUBS AND WILL REMAIN SO DURING THE ENTIRECP. PLS ADVISE OWNS' P&I.
- IAS H+M COVERAND SAME WILL BE MAINTAINED FOR THE ENTIRE CP. PLS ADVISE H&M VALUE/INSURERS
- IS IN POSSESSION OF VALID CERTIFICATES ACCORDING TO LATESTSOLAS REGULATIONS
- HAS VALID DOCUMENT/CERTIFICATES AVAILABLE ON BOARD FORDRAFT SURVEY.
- HOLDS/HATCHES ARE CLEAN AND UNOBSTRUCTED W/O CENTRELINE BULKHEAD, FREE OF FRAMES TO THE TANKTOP, NO HORIZONTALCORREGATIONS, NO WOOD OR OBSTRUCTIONS IN HOLDS AND SUITABLE FOR GRAB DISCHARGE
-HAS 5 HOLDS/HATCHES BEING MCGREGOR FOLDING TYPE OREQUIVALENT AND COMPLETELY WEATHERTIGHT TO CLASS SATISFACTION
- IS SUITABLE AND FITTED FOR FUMIGATION. ANY FUMIGATIONOF CARGO TO BE FOR CHRTS' TIME/ACCOUNT, BUT OWNERS/MASTER TO COOPERATE WITH CHRTS IN SUCH ACTIVITY.
- NO DRYDOCK IS NEEDED DURING DURATION OF THIS C/PUNLESS IN CASE OF EMERGENCY.
- IS FREE OF ASIAN GYPSY MOTH LARVAE/EGGS AND HAVE AVALID NON AGM CERTIFICATE IF VESSEL HAS CALLED ANY AGM HIGH RISK PORTS
- IS FULLY COMPLIANT AND WILL REMAIN AS SUCH FOR THEWHOLE DURATION OF THIS CHARTER PARTY WITH IMO MARPOL REGULATIONS, INCLUDINGBUT NOT LIMITED TO THOSE REGULATIONS ON SULPHUR CONTENT IN FUEL OIL COMINGINTO FORCE AS FROM JANUARY 1ST, 2020.
- IS FULLY APPROVED FOR THE PORTS OF THIS TRADE AND SHE HAS NEVER BEEN REJECTED OR BLACKLISTED BY ANY OF THESE COUNTRIES OR PORTS OF TRADE IN THE LAST 2 YRS
- HAS NOT BEEN INVOLVED IN ANY GENERAL AVERAGE NOR DETAINED OR HAVE BEEN THROUGH PSC INSPECTION(S) SHOWING DEFICIENCIES THAT AFFECT OR MAY HAVE AN IMPACT ON THE CARGO/SEAWORTHINESS OF THE VSL OVER THE PAST TWO YEARS.

- OWNERS FURTHER CONFIRM AND WARRANT THAT:

i) THEY HAVE NOT KNOWINGLY LOADED AND/OR BOUGHT ANY RUSSIAN OR RUSSIAN BLENDED OR IRANIAN OR IRANIAN BLENDED BUNKERS FROM ANYPORT THAT REMAIN ON THE VESSEL AT TIME OF DELIVERY THAT WOULD BE IN BREACH OFEU REGULATION 267/2012 IN PARTICULAR BUT NOT CONFINED TO ARTICLE 11 AND ANNEXIV.
ii) OWNER TO WARRANT THAT THE VESSEL IS NOT BLACKLISTED NOR BOYCOTTED BY ANYCOUNTRY IN THE ARAB LEAGUE, TO THE BEST OF OWNERS' KNOWLEDGE.
iii) VESSEL / OWNER IS NOT IN ANYWAY AFFECTED BY EU/US SANCTIONS WHATSOEVER,TO THE BEST OF OWNERS' KNOWLEDGE.
iv) VESSEL HAS NOT BEEN EMPLOYED FOR ANY RUSSIAN SANCTIONED CHRTS, NOR HAS LOADED ANY SANCTIONED CARGO ON BEHALF OF RUSSIAN COMPANIES AS FROM FEBRUARY 24th 2022.

FOR

- ACC MARINTER SHIPPING AGENCY S.R.L.
  VIA AGOSTINO DEPRETIS 51
  80133 - NAPLES
  ITALY
  COMPANY VAT N 05066770636

- 18.000 MTS /5 PCT IN OWNERS OPTION OF WHEAT IN BULK, SF ABT 42/45' CBFT WOG.
  CARGO IS MADE BY 1 GRADE, Group C always to be loaded / stowed and trimmed as per IMSBC regulations

- VESSEL TO LOAD CHRTS' CARGO AS SOLE CARGO, NO OTHER PART CARGO ALLOWED.

- VESSELS EXPECTED INTAKE ABT 18.835 MTS WOG

- LOADPORT : 1SP 1SB HOUSTON, TEXAS (HANSEN MUELLER BERTH/TERMINAL)

- LAYBY BERTH FOR CHRTRS ACCOUNT (BUT TO BE PAID BY OWNRS AND REIMBURSED BY CHRTRS AGAINST VOUCHERS) " Add after "Berth" " All shifting expenses for charterers account"

- DISCHPORT: 1SP 1SB ORTONA, ITALY (where 6.80m - MAX 200 LOA)

- ALWAYS AFLOAT ALWAYS ACCESSIBLE TO APPLY AT ALL ENDS

- OWNERS TO SATISFY THEMSELVES WITH RESTRICTIONS AT NAMED LOADING /DISCHARGING PORT(S) AND SAME TO CLEARLY REMAIN OWNERS' SOLERESPONSABILITY.

- LAYCAN: 9/15 DECEMBER 2023 (00:01/23:59 HRS LT)

- LOAD/DISCHARGE RATE:
  9 TTL WW DAYS SSHEX - FRI 17.00/MON 08.00 NOT TO COUNT EVEN IF USED
  IN CHOPT 8/10/11/12 DAYS SSHEX

- LAYTIME TO BE REVERSIBLE BETWEEN ALL PORTS

- FREIGHT BSS 1/1 FIOSPOUTTRIMMED:
  usd 98,5 basis 9 ttl days sshex

or, in chopt
  Option usd 96.00 basis 8 ttl days sshex
  Option usd 101.50 basis 10 ttl days sshex
  Option usd 104.50 basis 11 ttl days sshex
  Option usd 107.50 basis 12 ttl days sshex

  Option to be declared fm chrtrs upon arrival Ortona

  95% FREIGHT INVOICE TO BE ISSUED ON THE BASE RATE AGREED FOR 9 TTL DAYS.
  SHOULD CHRTS DECLARE DIFFERENT OPTION ON LAYTIME, FREIGHT ADJUSTMENTS TO BE DONE ACCORDINGLY WITH FINAL FREIGHT INVOICE.

- DEMURRAGE: USD 31.000 HDWTS BENDS

- FREIGHT PAYMENT 95 PCT 3 BANKING DAYS AFTER SIGN/REL BS/L AND VSL'S SAILING FROM LOADPORT. BALANCE FREIGHT LATEST 15 DAYS AFTER COMPLETIONOF DISCHARGE TOGETHER WITH DEMURRAGE / DESPATCH.
  FULL FREIGHT DEEMED EARNED AS CARGO BEING LOADED DNRSAOCLONL

- AT DISPORT ONLY NOR TO BE TENDERED MON / FRI DURING OFFICE HOURS (8/17). LAYTIME AT DISPORT SHALL COMMENCE AT 14.00 HOURS, IF NOTICE OF READINESS IS GIVEN UP TO AND INCLUDING 12.00 HOURS, AND AT08.00 HOURS NEXT WORKING DAY IF NOTICE IS GIVEN DURING OFFICE HOURS AFTER 12.00 HOURS.

- TAXES A/O DUES, IF ANY, ON CARGO/FREIGHT TO BE FOR CHRTS' ACCOUNT, HOWEVER IT IS UNDERSTOOD THAT ANY TAXES AND/OR DUES AND/OR CHARGES CALCULATED ON CARGO CARRIED BUT CUSTOMARILY INCLUDED IN THE VESSELS PD/A AT BOTH ENDS (AS FOR EXAMPLE WHARFAGE/DOCKAGE AT LOADPORT), SHALL ALWAYS BE FOR OWNERS' ACCOUNT.

- TAXES AND/OR DUES, IF ANY, ON THE VESSEL/CREW SHALL BE FOR OWNERS' ACCOUNT.

- OVERAGE PREMIUM AND/OR FLAG PREMIUM, IF ANY, SHALL BE FOR OWNERS' ACCOUNT.

- THE VESSEL IS FREE OF ANY EXTRA INSURANCE FOR CHARTERERS ACCOUNT.

- CHRTS' AGENTS AT BOTH ENDS, DETAILS AS FOLLOWS:

HOUSTON
Blue Water Shipping Company
2100 Space Park Drive, Ste 102
Houston, Texas 77058
24 Hour Office Phone: 281-280-9943
Fax: 281-280-9957
Telex: 48155793 bluwtr hstn
Houston Ops
Group E-Mail: houston@bluewatershipping.com
PIC: Mr Sean Adler (adler@bluewatershipping.com)
Cell Phone: 281-793-1032
Website: www.bluewatershipping.com

ORTONA
FRATINO G. E FIGLI SRL
TEL : +39 085 9068 128
EMAIL: FRATINO@FRATINO.COM

- DAILY NOTICES TO BE TENDERED AT LOADPORT AGENT, WITH COPY TO CHRTSVIA BROKERS, STARTING ON THE DAY OF VESSEL'S NOMINATION/ACCEPTANCE,UNLESS OWISE AGREED BETWEEN PARTIES.

- OWNERS GUARANTEE THAT VSL IS ABLE TO LOAD CHRS CARGO AS DESCRIBEDAND THEREAFTER PROCEED TO DISCH PORTS BASIS SPOUT TRIMMED ONLY.
  IN CASE OF ONE OR MORE SLACK HOLDS, OWNERS CONFIRM THAT NO BAGGING,NO STRAPPING, NO OTHER SECURING WILL BE REQUIRED.

- Master has the right to reject any cargo which does not qualify for such remark and such rejected cargo to be removed by /replaced with sound cargo at charterers time/risk and expense

- EVENTUAL DAMAGES INCURRED AT DISCH PORT DUE TO GRAB DISCHARGE TO BEIMMY NOTIFIED BY
MASTER TO STEVEDORES AND AMOUNT INVOLVED TO BEQUANTIFIED JOINTLY BETWEEN MASTER/OWNERS
AND STEVEDORINGCOMPANY.

- GA-ARB IN LONDON, ENGLISH LAW TO APPLY

- NO ADC, 1,25% ON F/D/D TO BANCHERO COSTA GENOA to be deducted from freight invoice and payable by
charterers

Banchero-costa & c. s.p.a
via pammatone 2
16121 genova
PI: 00923710107

- OWISE AS PER CHRTRS EXECUTED CP TINA S/MARINTER DATED 31 OCTOBER 2023 WITH LOGICAL
ALTERATIONS AS PER MAIN TERMS AGREED AND FOLLOWING AMENDMENTS:

Rider Terms:
Clause 5: Add: In any case freight payment always due before breaking bulk
Clause 9 Paragraph two after "(once at loading berth)" Add "or at layby berth"
Clause 63: Same sanctions clause to apply for charterers aswell.

Add to CP:
At no time during the term of this Charter shall:
(a) The Vessel be owned, controlled or chartered by a person or entity
that appears on the United States Office of Foreign Assets Compliance
("OFAC") list of Specially Designated Nationals and Blocked Persons
("SDN List") or whose property is blocked or with which US persons are
prohibited from dealing under US sanctions laws and regulations.
(b) The Vessel carry cargo from or to a person or entity person or entity
that appears on the SDN List or whose property is blocked or with which
US persons are prohibited from dealing under US sanctions laws and
regulations. Owners and Charterers mutual obligations under this clause
are continuing, and Owners and Charterers, as necessary, should refer
to the current SDN List (found at http://www.treas.gov/offices/enforcement/ofac/sdn)
to ensure compliance herewith. A party breaching this obligation shall
indemnify, hold harmless and defend the other party, its parent company
and their affiliates (the "Indemnitee") from and against any and all
claims, proceedings, judgments, liabilities, fines, damages, losses and
costs (including, but not limited to, attorney fees) incurred by the
Indemnitee, its parent company or their affiliates as a result of such
breach.

END

MANY TKS SUPPORT IN FIXTURE

BRGDS,


Silvia Soro
banchero costa - Italy
handy@bancosta.com
soro@bancosta.com
mobile     +39 3298006743
direct     +39 010 5631 271
skype      silvia.soro76

bancosta.com